[65 NE3d 705, 42 NYS3d 676]

The People of the State of New York, Respondent, v Eugene Francis, Appellant.

Decided November 17, 2016

### APPEARANCES OF COUNSEL

*Andrew W. Sayegh*, Yonkers, for appellant.

*James A. McCarty, Acting District Attorney*, White Plains (*Laurie Sapakoff* of counsel), for respondent.

### OPINION OF THE COURT

MEMORANDUM.

The order of the Appellate Division should be affirmed. Supreme Court had jurisdiction over the case when it corrected an error in a decision issued one day prior based on an objective fact and thereby reinstated certain counts of defendant's indictment. Accordingly, there is no basis to disturb the judgment entered upon defendant's guilty plea.

Judges PIGOTT, RIVERA, ABDUS-SALAAM, STEIN, FAHEY and GARCIA concur; Chief Judge DIFIORE taking no part.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, in a memorandum.